IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 24-03014-01-CR-S-BP |
| | ) | |
| RICHARD CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

Richard Campbell hereby requests this Court consider a sentence of 120 months on this case, consistent with the plea agreement entered in this case with the Government, which would run consecutive to a 2 year term of imprisonment imposed in case #05-0307-01 for a supervised release violation (Doc. 38, ¶6a). The guidelines as set out in the Pre-Sentence Report call for a sentence of 57-71 months. This requested sentence would also be sufficient, but not greater than necessary, to meet the statutory goals of sentencing in 18 U.S.C. § 3553, for the following reasons:

As indicated in the Pre-Sentence report, Mr. Campbell has significant mental and emotional health issues stemming from childhood trauma related to both physical and sexual abuse. (PSR, ¶ 63). He has addressed issues of substance abuse and had tested positive for methamphetamine and marijuana not long before the commission of this current offense while on supervised release. (PSR, ¶68).

1

Regarding this case, he entered a timely plea and reached an agreement with the United States for a sentence that was above the guidelines range. He understands that his prior criminal history and bank robbery convictions are serious and that an appropriate sentence to address the goals under 18 U.S.C. § 3553 must be something that the Court considers. Mr. Campbell does request the Court to sentence him in accordance with the plea agreement, specifically paragraph 6a.

Mr. Campbell would request UNICOR to provide him assistance in job skills while incarcerated. He is currently 61 years of age and his requested sentence of 120 months on this case along with 24 months on his supervised release case to run consecutive will have him in custody until his late 60's to early 70's.

Mr. Campbell would also request to be placed at Terre Haute USP.

WHEREFORE, Defendant, Mr. Campbell respectfully requests this Court sentence him to 120 months on this case to run consecutive to a 2 year term of imprisonment imposed in case #05-0307-01 for a supervised release violation or a reasonable sentence as deemed appropriate by the Court.

Respectfully submitted,

*/s/ Brian D. Risley*
**BRIAN D. RISLEY, #50580**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Mr. Campbell

September 18, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Brian D. Risley*
**BRIAN D. RISLEY**